In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN S. SICKELS and HARDING JOHNSON, as Executors, etc., of AMELIA E. CAMERON, Deceased. JOHN S. SICKELS and HARDING JOHNSON, as Executors, etc., of AMELIA E. CAMERON, Petitioners, Respondents; LILLIAN M. GORDON, as Legatee and Trustee under the Last Will and Testament of AMELIA E. CAMERON, Appellant; ST. LUKE'S HOME FOR AGED WOMEN and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of RICHARD J. HOLLAND, Petitioner, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHADRACH MASHACH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT ASTOR, Respondent, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes for the Year 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT ASTOR, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes for the Year 1934.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JEANNE DE LA MAR, Respondent, v. RALPH MODJESKI, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the WORLD MUTUAL CASUALTY COMPANY. HELEN KLEIN, Claimant, Appellant; GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., Liquidator, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MANUFACTURERS TRUST COMPANY, Appellant, v. ELVIRA U. COSTANTINI, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MORRIS B. BESEN, Respondent, v. IRVING JACOBOWITZ and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.